# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-cv-22959-COOKE/GOODMAN

MARTIN SCHAAF,
*on behalf himself and others similarly situated*,

    Plaintiff,

vs.

EIMS USA, INC., *a foreign corporation*,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    THIS MATTER is before me upon the report and recommendation on settlement ("R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge, ECF No. 25.

    Judge Goodman has ordered approval of the settlement and recommends that I dismiss this case with prejudice. The parties have not filed objections to the R&R, and the time to do so has passed.

    I have reviewed the parties' joint motion for approval of settlement and accompanying exhibits, Judge Goodman's R&R, the record, and the relevant legal authorities. Having done so, I find Judge Goodman's R&R to be clear, cogent, and compelling.

    Accordingly, Judge Goodman's R&R is **AFFIRMED and ADOPTED** as the Order of this Court.

**DONE and ORDERED** in chambers, at Miami, Florida, this 18th day of June 2021.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*